# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3422
LT Case No. 16-2022-CF-001861-A

_____

TERRY LAMAR JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Terry Lamar Jackson, South Bay, pro se.

No Appearance for Appellee.

June 4, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____